In the Matter of the Application of THE CITY OF NEW YORK, Appellant, Relative to Acquiring title to Real Property Required for Opening and Extending Avenue K and Flatlands Avenue, in the Borough of Brooklyn.

MICHAEL HOLZMAN, Respondent.

Argued April 20, 1937; decided May 25, 1937.

*Paul Windels*, Corporation Counsel (*Paxton Blair, Daniel M. Cohen* and *Reuben Levy* of counsel), for appellant.

*Abraham L. Doris* and *Max Bloom* for respondent.

Order affirmed, with costs. Motion to dismiss appeal denied. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.